# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5280**                    **September Term, 2024**

**1:20-cv-02227-RC**

**Filed On:** March 12, 2025

United States of America,

        Appellee

    v.

Fifty-Three Virtual Currency Accounts, et al.,

        Appellees

Sharon Beth Weinstock, et al.,

        Appellants


    **BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motions to dismiss, the opposition thereto, and the replies, it is

**ORDERED** that the motions be granted.  Appellants have not shown that the district court issued a final order in granting the United States of America's motion to amend its complaint and denying as moot Husamettin Karatas's motion to stay discovery.  See 28 U.S.C. § 1291; Attias v. Carefirst, Inc., 865 F.3d 620, 624 (D.C. Cir. 2017).  Although appellants characterize the district court's order as post-judgment insofar as they seek to satisfy a judgment in a different case, that characterization does not establish the order's finality because appellants may seek appellate review of that order when the district court eventually issues a final judgment in this case.  See Ciralsky v. CIA, 355 F.3d 661, 668 (D.C. Cir. 2004); see also Pigford v. Veneman, 369 F.3d 545, 546–47 (D.C. Cir. 2004) (dismissing appeal of post-judgment order as from non-final decision).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 24-5280**                                        **September Term, 2024**

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**